UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNDON CUMMINGS, ET AL.　　　　　　　　　　CIVIL ACTION

VERSUS

STATE OF LOUISIANA, DEPARTMENT　　　　NO. 24-00956-BAJ-SDJ
OF CHILDREN AND FAMILY
SERVICES, ET AL.

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 15, the "Report")** recommending that the Court grant Defendant Gail Grover's Motion to Dismiss (Doc. 13) for failure to serve per Fed. Rule of Civ. Pro. 4(m). (*Id.* at 4). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Gail Grover's **Motion to Dismiss (Doc. 13)** be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the claims against Defendant Gail Grover be and are hereby **DISMISSED WITH PREJUDICE**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 25th day of November, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**